UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OSSIE LEE SLAUGHTER,<br><br>               Petitioner,<br><br>   v.<br><br>DANIEL WHITE,<br><br>               Respondent. | Case No. 2:21-1421-JLR-TLF<br><br>ORDER GRANTING EXTENSION OF TIME |

This matter comes before the Court on petitioner's motion for extension of time. Dkt. 28. Petitioner states that he is currently recovering from a major surgery and has been transferred to a different facility. Dkt. 28. Petitioner explains that as a result of his surgery and transfer, petitioner does not currently have access to the documents necessary to prepare a reply to the response to habeas petition. Dkt. 28. Respondent has not opposed petitioner's motion for extension of time.

ORDER GRANTING EXTENSION OF TIME - 1

1 | Based on the foregoing, the Court finds good cause to grant petitioner an
2 | extension of time. Petitioner may file a reply brief by October 21, 2022. The Clerk is
3 | directed to re-note the Response to Writ of Habeas Corpus (Dkt. 16) for October 21,
4 | 2022.

5 | Dated this 26th day of August, 2022.

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME - 2