UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSSIE LEE SLAUGHTER,<br><br>              Petitioner,<br>   v.<br><br>DANIEL WHITE,<br><br>              Respondent. | CASE NO. C21-1421JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Petitioner Ossie Lee Slaughter's motion for a 60-day extension of time to file his objections to Magistrate Judge Theresa L. Fricke's report and recommendation. (Mot. (Dkt. # 33); *see* R&R (Dkt. # 32) (recommending that the court dismiss Mr. Slaughter's 28 U.S.C. § 2254 petition with prejudice).) Mr. Slaughter, who is proceeding *pro se* and *in forma pauperis*, explains that he needs more time to research

MINUTE ORDER - 1

and draft his objections because he has limited access to the law library at Monroe Correctional Complex, where he is incarcerated. (*See generally* Mot.)

The court GRANTS Mr. Slaughter's motion for a 60-day extension of time (Dkt. # 33). Mr. Slaughter shall file his objections by no later than Tuesday, March 14, 2023. The court will not further extend the deadline for Mr. Slaughter to file his objections absent a showing of exceptional circumstances. The clerk is DIRECTED to renote Magistrate Judge Fricke's report and recommendation (Dkt. # 32) on March 14, 2023.

Filed and entered this 13th day of January, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2